AO 91 (Rev. 11/11) Criminal Complaint

**FELONY**

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*December 07, 2021*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| V. | ) Case No. B-21-MJ-1098 | |
| Kailah Janelle PAZ | ) | |
| *Defendant(s)* | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 06, 2021 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC, Section 841(a)(1) and Section 846 | Knowingly and intentionally possess with intent to distribute approximately 9.08 kilograms of methamphetamine, a schedule II controlled substance, and conspire with persons known and unknown to possess with intent to distribute 9.08 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On December 06, 2021, at approximately 4:55 p.m., Kailah Janelle PAZ, the driver and sole occupant of a silver 2012 Ford Fiesta, bearing Texas license plate [REDACTED], was encountered by Customs and Border Protection Officers (CBPO's) during an initial inspection, while traveling from Mexico into the United States via the Gateway Port of Entry in Brownsville, Texas. CBPO's referred the vehicle to secondary for a further inspection. Subsequently, CBPO's discovered a non-factory compartment located under the front, passenger side floorboard. CBPO's deployed a drug detection canine which alerted to the presence of drugs in the vehicle. A subsequent search revealed a total of (9) bundles containing a crystalline substanance which field tested positive to for the properties of methamphetamine, with a total approximate weight of 9.08 kilograms. During a post Miranda interview, PAZ admitted to knowledge in conspiring with known and unknown individuals to possess with intent to disribute drugs in exchange for monetary compensation. AUSA David Lindenmuth accepted Federal prosecution of PAZ for violations of Title 21 USC 841 and 846.

☐ Continued on the attached sheet.

*Complainant's Signature*

Alberto Rodriguez    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically as per Fed. Cr. Proc. 4.1., on

Dec 7, 2021
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*